

FEDERALPROSECUTIONSERVICE
OFFICE OF FEDERAL PPROSECUTION IN THESTATE OFPARANÁ

## Request for Legal Assistance in Criminal Matters

### "CASE MATUTO"

**1. Recipient:**

United States Department of Justice.

**2. Sender:**

Ministry of Justice's Department of Asset Recovery and International Legal Cooperation – National Secretariat of Justice, Federal Prosecution Service of Brazil

**3. Requesting Authority:**

Federal Prosecution Service

Office of Federal Prosecution in Paraná

Prosecutor General: Mônica Dorotéa Bora

Address: Rua Marechal Deodoro, 933, Centro, Curitiba/PR, CEP n°80060- 010

Telephone: +55 413219-8700

e-mail: monicabora@mpf.mp.br

**4. Subject:**

Request for legal assistance in criminal matters for obtaining banking documents from the following accounts:

a) account#001464456348, Routing &Transit number 063000047, Bank of America, under the name of ROGÉRIO FERNANDO BOZZI;

FEDERAL PROSECUTION SERVICE
OFFICE OF FEDERAL PPROSECUTION IN THE STATE OF PARANÁ

ROGÉRIO FERNANDO BOZZI, RODRIGO FERNANDO VIEIRA BOZZI and ROGÉRIO BOZZI FILHO are currently under investigation on the police enquiry # 0000764- 37.2010.404.7000, in progress before the 14th Federal Criminal Court, Judiciary Section of Curitiba, State of Paraná, conducted with the purpose of determining possible crimes against the Brazilian Financial System, related to potential trading in the illegal foreign exchange market and international transfers of values executed by the "Solid Gold Factoring" Company, run by them.

It has been reported that, in the year of 1997, the defendants RODRIGO FERNANDO BOZZI FILHO and ROGERIO FERNANDO BOZZI FILHO have founded the Company by the name of Solid Gold Factoring Ltda. In 2011, the company has taken on the name SOLID GOLO TURISMO, with the business objective exclusively intended for a travel agency.

However, by the elements in the process files, the defendants, accompanied by their father, ROGÉRIO BOZZI, even though not possessing legal authorization for such, were active in the parallel exchange, consistently buying and selling foreign currency, withholding information from competent authorities, in operations conducted with the purpose of remitting and making funds available for their clients abroad, decisively contributing for the maintenance of irregular deposits made by third parties outside the country. In order for such dollar "operations" to be carried out, the investigated used checking accounts abroad to which the evaded values would go.

In the acts of the enquiry, it has been verified that the defendants, besides keeping bank accounts in Hong Kong, China, used accounts they maintained on their own, in North American banks, as follows:

- account # 001464456348, Routing & Transit number 063000047, Bank of America, owned by ROGÉRIO FERNANDO BOZZI,

- account #1464456348, held at Barnett Bank, owned by ROGÉRIO FERNANDO BOZZI,

FEDERAL PROSECUTION SERVICE
OFFICE OF FEDERAL PROSECUTION IN THE STATE OF PARANÁ

**Article 16**–To operate, without proper authorization, or with one obtained through a false statement, financial institution, including that of securities distribution or foreign exchange:

**Penalty:** from 1 (one) to 04 (four) years' imprisonment, and a fine.

**Article 22** - To perform unauthorized exchange transactions with the purpose of promoting tax evasion.

**Penalty:** from 2 (two) to 6 (six) years' imprisonment, and a fine.

Sole paragraph: The same penalty for whom, in any form, promotes, without legal authorization, the outflow of tax or currency abroad or maintain abroad deposits unreported to the relevant Federal authority.

Law #9613/98

(Of crimes of money laundering)

**Article$1^{st}$** - To conceal and disguise the nature, origin, localization, disposition, movement or ownership of assets, rights or values derived, directly or indirectly, from crime: (...)
VI –against the Brazilian Financial System;
VII –perpetrated by criminal organization;
(...)
**Penalty:** from 3 (three) to 10 (ten) years' imprisonment, and a fine.

9. **Description of requested legal assistance:**

Obtaining copies, preferably in magnetic format, of banking documents from the following accounts:



**FEDERAL PROSECUTION SERVICE**
OFFICE OF FEDERAL PPROSECUTION IN THE STATE OF PARANÁ

**12. Procedures to be observed:**

It is necessary that the financial transactions from the accounts be obtained and forwarded in magnetic format, if possible in *.**XML** files(Microsoft Excel) or ***MDB** files (Microsoft Access), for the forwarding of printed matter hinders the handling and the consequent expert testimony on data.

**13. Annex:**

Order of breaching of banking secrecy of the above-indicated checking accounts entered in the case-files #5019632- 02.2015.4.04.7000/PR.

Curitiba, November 20, 2015.

Mônica Dorotéia Bora
Federal Prosecutor

Poder Judiciário
JUSTIÇAFEDERAL
14th Federal Criminal Court
— Judiciary Section of
Curitibain the State of
Paraná

Av. Anita Garibaldi, 888, 2° andar - Bairro: Ahú - CEP: 80540-180 - Phone: + 55 (41) 3210-1691 - www.jfpr.jus.br - Email:prctb14@jfpr.jus.br

REQUEST FOR THE BREACH OF TELEPHONE AND/OR DATA SECRECY # 5019632- 02.2015.4.04.7000/PR

REQUESTING AUTHORITY: FEDERAL PROSECUTION

SERVICE

DEFENDANT: TO BE DETERMINED.

# ORDER/DECISION

### I -REPORT:

Aiming for the raising of elements to deal with the case-files of police enquiry # 000764-37.2010.404.7000, the Federal Prosecution Service required (event #1) the breach of the banking secrecy from the following accounts:

1. ROGÉRIOFERNANDOBOZZI:

   - Bank Of America, Routing &Trasit number 063000047, account #001464456348;

   - Barnett Bank, account # 1464456348.

2. SONIAMARIADASILVAVIANNA(wife of Rogério):

   - Bank of America, account #229011835809

3. ZOUXIAODONG:

   - Account #602172520888,HSBCHongKong

The Federal Prosecution Service highlights the fact that there is evidence that the above mentioned checking accounts have been used for committing offences of tax evasion and money laundering, adducing the necessity of the breach of banking secrecy in order to allow the identification of their holders, their beneficiary and potential legal representatives, as well as to obtain the contract for the account opening, membership cards and bank statements covering the

The Federal Prosecution Service highlighted that, as soon as the request is granted, it shall provide for the respective International Legal Cooperation Requests.

II - REASONABLE GROUND:

The police enquiry # 000764-37.2010.404.7000 (IPL 357/2010-4-SR/DPF/PR)has been opened to determine the practice, in thesis, of offences against the Brazilian Financial System related to the realization of foreign exchange in the illegal market and international transfers of values made by the company named SOLID GOLD FACTORING.

At this juncture, the breach of tax and banking secrecy of the defendants and their companies have been authorized, in addition to telephone calls interception from the terminals used by them and the search and seizure warrants at the residential and business addresses related to them.

As noted above by the Federal Prosecution Service, the intercepted dialogues show that the management and commanding power of the, in thesis, illegal operations, perpetrated by the SOLID GOLD FACTORING were exercised by RODRIGO VIEIRA BOZZI and his father ROGÉRIO FERNANDO BOZZI, with the relevant participation of ROGÉRIO FERNANDO BOZZI FILHO.Furthermore, there is evidence that the referred company, although lacking authorization, operated as a true financial institution, whether for foreign exchange or for promoting international bank transfers of values parallel to the official system.

As pointed out by the ministerial body organization, in order to develop their activities in the parallel foreign exchange market, the BOZZI family also counted on the aid of money dealer (doleiro) OSVALDO FRANCISQUINHO and on that of his daughter STELLA MARA CARVALHO, and avails from the account held by the chinese ZOU XIAODONG(Ricardo) in Hong Kong, to make deposits abroad in favor of their clients.

In turn, the seized material in the investigation has proven the existence of accounts abroad under the name of ROGÉRIO FERNANDO BOZZI, SÔNIA MARIA (wife of Rogério)and ZOU XIAODING
(proc. 3, enq25, sheet. 8 and enq69, sheet. 22). Remained also seized at the residence of STELLA MARA CARVALHO the following indicative elements of the offences against the Brazilian Financial System: a large amount in dollars, euros, parallel accounting with reference to the defendants' names, e-mail of accountings from Ricardo to Rodrigo, as well as a spreadsheet with transactions involving "lui", including the tax rate used by then (proceeding 3, enq69, sheets 19 and the following).

With respect to the address of the ZOUIL ACESSÓRIOS TÊXTEIS company, owned by ZOU XIAODONG, several documents were seized, determining the existence of the above mentioned account, on item 3, as well as the computer used by him, in which a bank statement from this account was found, containing a deposit of U$42.340,00,made by "BOZI"(sic),possibly RODRIGOBOZZI

Conforme As was stressed by the Federal Prosecutor Service, there is a great possibility that the checking accounts aforementioned on items 1,2 and 3, above, might have been used by the BOZZI family and by ZOU XIAODONG for the commiting offences of tax evasion and money laundering.

Thus, I am certain that the information in the power of the Federal Prosecution Service is necessary to the investigation.

The constitutional right to tax and banking secrecy, corollary of the guarantee to intimacy (art. 5th, X, of CF/88), is not absolute, and allows restrictions in the face of the public interest in a criminal investigation.

The access to the banking and tax information for the purpose of criminal investigation is founded on the dispositions contained in art.1st,§4th,ofLC#105/01, art198,§1st,I,of CTNeart.3rd,VI,of Law12.850/2013.

Thus it is relevant, for the continuity of the investigations, the extending of the banking secrecy from the aforementioned checking accounts, in order to attest their ownerships and obtains the statements of the financial transactions.

## III -FINAL PROVISIONS

1.Once demonstrated the necessity of access to the secretive information for the continuance of the investigation, in accordance with the above mentioned legislation, I decree the breach of checking accounts mentioned below, from their opening dates until now, with the purpose of allowing the identification of their holders, their beneficiary and potential legal representatives, as well as to obtain the contract for the account opening, membership cards and bank statements covering the identification of sender and recipient accounts of resources and bank transfer orders.

1. ROGÉRIOFERNANDOBOZZI:

- Bank of America, Routing &Trasit number 063000047, account # 001464456348;

- Barnett Bank, account #1464456348.

2. SONIAMARIADASILVAVIANNA(wife of Rogério):

- Bank of America, account #229011835809.

3. ZOUXIAODONG:

- Account#602172520888,HSBC HongKong.

2. The Federal Prosecution Service summons regarding the present decision, and considers its incumbency to promote the measures necessary for the International Legal Cooperation in order to implement the breach of banking

secrecy set forth. The information obtained is classified and shall be presented as such in due time.

   3. Nothing being informed within 60 days, the Federal Prosecution Service summons to require what it so finds relevant.

---

Document in electronic format signed by **ALESSANDRO RAFAEL BERTOLLO DE ALEXANDRE, Juiz Federal Assistant Judge**, in the form of the art. 1st, incise III, of Law11.419, December 19th, 2006, and Resolution TRF 4th Region n° 17, march 26th,2010. The certification of authencity for this document is available on http://www.trf4.jus.br/trf4/processos/verifica.php, on request of filling the verifying code **700001070740v18** and code CRC **a32c6a82**.

Additional information from the signer:
Signer: ALESSANDRO RAFAEL BERTOLLO DE ALEXANDRE
Date and time: September 22,2015 19:55:31

---

5019632-02.2015.4.04.7000                  700001070740 .V18 MSH©ALR